1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Chris Carson, Esq., SBN 280048
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385
5  (888) 422-5191 fax
   phylg@potterhandy.com
6  Attorneys for Plaintiff, SCOTT JOHNSON

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

9  SCOTT JOHNSON,                    )  Case No.: 3:19-CV-06222-SI
                                     )
10         Plaintiff,                )  **NOTICE OF SETTLEMENT AND**
                                     )  **REQUEST TO VACATE ALL**
11     v.                            )  **CURRENTLY SET DATES**
                                     )
12 IRIS V. BROWN, in individual and  )
   representative capacity as trustee of the Iris )
13 V. Brown Family Trust dated August 26, )
   1994;                             )
14 TIRE TIME INC., a California Corporation; )
   and Does 1-10,                    )
15                                   )
           Defendants.
16
17     The plaintiff hereby notifies the court that a global settlement has been reached in
18 the above-captioned case and the parties would like to avoid any additional expense,
19 and to further the interests of judicial economy.
20     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
22 parties will be filed within 60 days.
23 Dated: December 13, 2019        CENTER FOR DISABILITY ACCESS
24
25                                 By: /s/ Amanda Lockhart Seabock
                                       Amanda Lockhart Seabock
26                                     Attorneys for Plaintiff
27
28

Notice of Settlement            -1-              3:19-CV-06222-SI