CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | **Case:** 3:19-CV-06222-SI |
|---|---|
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| v. | |
| IRIS V. BROWN, in individual and representative capacity as trustee of the Iris V. Brown Family Trust dated August 26, 1994; TIRE TIME INC., a California Corporation; and Does 1-10, | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Iris V. Brown, in individual and representative capacity as trustee of the Iris V. Brown Family Trust dated August 26, 1994 and Tire Time Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 22, 2020        CENTER FOR DISABILITY ACCESS

By: <u>/s/ Amanda Lockhart Seabock</u>
Amanda Lockhart Seabock
Attorneys for Plaintiff